## OWENS v FULTON

Ohio Appeals, 6th Dist, Lucas Co

Decided June 3, 1935

Ryan & Ryan, Toledo, for plaintiff.

John W. Bricker, Attorney General, Columbus, and Milo J. Warner, Toledo, for defendant.

For full opinion see 5 OO 529; 51 Oh Ap 354.